**Hewett M. REEVES, Plaintiff-Appellant,**

v.

**INTERNATIONAL TELEPHONE & TELEGRAPH CORPORATION, Defendant-Appellee.**

**No. 82–3506.**

United States Court of Appeals, Fifth Circuit.

July 11, 1983.

Leroy H. Scott, Jr., Shreveport, La., for plaintiff-appellant.

Cook, Clark, Egan, Yancey & King, F. Drake Lee, Jr., Shreveport, La., for defendant-appellee.

ON PETITION FOR REHEARING

Before RUBIN and TATE, Circuit Judges, and DAVIS *, District Judge.

PER CURIAM:

IT IS ORDERED that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby GRANTED, and the additional sum of $9,325.37 is allowed as interest for the period from July 16, 1980 to date.

* District Judge of the Western District of Louisi-  ana, sitting by designation.